**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Supreme Court**

Ricky Dale Gilstrap, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2011-190808

———————————

**ON WRIT OF CERTIORARI**

———————————

Appeal From Greenville County
The Honorable Robin B. Stilwell, Post-Conviction Judge

———————————

Memorandum Opinion No. 2014-MO-008
Submitted January 7, 2014 – Filed March 12, 2014

———————————

**DISMISSED AS IMPROVIDENTLY GRANTED**

———————————

Appellate Defender Carmen Vaughn Ganjehsani, of
South Carolina Commission on Indigent Defense, of
Columbia, and Dayne C. Phillips, of Lexington, for
Petitioner.

Attorney General Alan McCrory Wilson, and Senior Assistant Deputy Attorney General Karen Christine Ratigan, both of Columbia, for Respondent.

———————

**PER CURIAM:**  We granted Ricky Dale Gilstrap's petition for a writ of certiorari to review the denial of his application for post-conviction relief.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**